MR. JUSTICE MORRISON,
concurring and dissenting:
I concur in the majority’s holding that the statutes in question create an independent action on behalf of a tort victim against the tort feasor’s insurer. I dissent from the holding in the majority opinion which permits the action against the insurer to be consolidated with the action against the tort feasor.
The failure of insurance companies to expeditiously settle claims gave rise to passage of the legislation now before this Court. The majority holding in this case will certainly cause a much more expeditious handling of claims.
I am concerned about the prejudice which can result from consolidating the two actions. Additionally, lay jurors will have a very difficult time separating evidence which relates to the case against the insurer from evidence which bears upon the issues in the principle action against the tort feasor. The likely confusion and potential prejudice lead me to oppose consolidation.
I would reverse and remand allowing the action against the insurance company to be brought at any time but would hold that the action against the insurer cannot be consolidated with the action against the tort feasor.